In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00448-CV
_____

**SPLENDORA INDEPENDENT SCHOOL DISTRICT, Appellant**

**V.**

**JOSEPH MCREE AND BRANDI MCREE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-04-04517-CV**

**MEMORANDUM OPINION**

On February 20, 2019, we abated this accelerated appeal and remanded the case to the trial court until March 22, 2019, for further proceedings to effectuate the parties' settlement agreement. On May 13, 2019, appellant Splendora Independent School District and appellees Joseph McRee and Brandi McRee filed a joint motion to dismiss the appeal in accordance with the parties' settlement agreement.

1

We reinstate the appeal, grant the parties' joint motion, and dismiss this accelerated appeal in accordance with the parties' settlement agreement.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on May 29, 2019
Opinion Delivered May 30, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.